IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant*. | Case No. 2:20-cv-04408-JDW |

## ORDER

**AND NOW**, this 22nd day of September, 2021, upon consideration of the Defendant's Renewed Motion For A Protective Order (ECF No. 38), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.