IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant.* | **Case No. 2:20-cv-04408-JDW** |

## CIVIL JUDGMENT

**AND NOW**, this 2nd day of May, 2023, in accordance with verdict of the jury, and for the reasons set forth in the Court's accompanying Findings Of Fact And Conclusions Of Law, it is **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff Cathrine Veikos and against Defendant Trustees of the University of Pennsylvania in the amount of $1,382,784.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.