IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant.* | **Case No. 2:20-cv-04408-JDW** |

### ORDER

AND NOW, this 18th day of May, 2023, upon review of Defendant's letter requesting an extension of time to respond to Plaintiff's fee petition, it is **ORDERED** that all briefing on the fee petition shall be stayed and held in abeyance until I rule on post-trial motions. At that point, if necessary, I will set a schedule for any needed supplemental fee petition and briefing.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.