IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHRINE VEIKOS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4408-JDW |
| | : |
| TRUSTEES OF THE UNIVERSITY | : |
| OF PENNSYLVANIA, | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Cathrine Veikos, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment entered on the civil docket in this action on May 2, 2023 (ECF No. 119), including but not limited to the Court's prior rulings precluding evidence at trial relating to her gender discrimination claims.

Respectfully submitted,

UEBLER LAW LLC

s/ *Julie A. Uebler*
Julie A. Uebler, Esquire
Attorney ID No. 71297
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Tel. No.: (484) 875-3186
Email: uebler@ueblerlaw.com

*Attorney for Plaintiff,
Cathrine Veikos*

CERTIFICATE OF SERVICE

I, Julie A. Uebler, hereby certify that true and correct copies of Plaintiff's Notice of Appeal was filed with the court's ECF system on May 31, 2023 and served upon counsel of record below:

Michael L. Banks, Esquire
A. Klair Fitzpatrick, Esquire
Max O. Bernstein, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
michael.banks@morganlewis.com
klair.fitzpatrick@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant*

<u>s/Julie A. Uebler</u>
Julie A. Uebler