## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant.* | **Case No. 2:20-cv-04408-JDW** |

### ORDER

**AND NOW**, this 12th day of July, 2023, upon consideration of Defendant's Motion For Judgment As A Matter Of Law Or, In The Alternative, Motion For A New Trial Or Remittitur (ECF No. 122), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1.    Penn's Motion is **GRANTED IN PART** and **DENIED IN PART**:

a.    Penn's Motion For Judgment As A Matter Of Law on Ms. Veikos's retaliation claim is **DENIED**;

b.    Penn's Motion For A New Trial on Ms. Veikos's retaliation claim is **DENIED**; and

c.    Penn's Motion To Remit Ms. Veikos's compensatory non-economic damages award is **GRANTED**.

2.      The Judgment entered in favor of Plaintiff Cathrine Veikos on May 2, 2023 (ECF No. 119) is **VACATED**;

3.      On or before July 19, 2023, Ms. Veikos shall file a notice on the docket to inform the Court of whether she will accept a remitted damages award of $482,784 (consisting of $100,000 in non-economic damages and $382,784 in economic damages) or whether she seeks a new trial in lieu of a remitted damage award; and

4.      If Ms. Veikos accepts a remitted damage award, then within fourteen days of her filing that election, she may file a supplemental fee petition, and Penn shall file its objections, if any, to the fees Ms. Veikos's fee petitions (including the now pending petition at ECF No. 120) within fourteen days of Ms. Veikos's supplemental petition.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.