IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant.* | **Case No. 2:20-cv-04408-JDW** |

## ORDER

**AND NOW**, this 14th day of July, 2023, upon review of Plaintiff's letter requesting an extension of the deadline to decide whether to remit the damages award in this case, it is **ORDERED** that Plaintiff shall file on the docket the notice required in Paragraph 3 of my Order dated July 12, 2023 (ECF No. 131) on or before July 28, 2023.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.