IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHRINE VEIKOS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4408-JDW |
| | : |
| TRUSTEES OF THE UNIVERSITY | : |
| OF PENNSYLVANIA, | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OR, IN THE
ALTERNATIVE, CERTIFICATION FOR INTERLOCUTORY APPEAL**

Plaintiff, Cathrine Veikos, by and through her attorney, respectfully moves this Court for an Order granting her Motion For Reconsideration Or, In The Alternative, Certification For Interlocutory Appeal. A proposed form of Order, Memorandum of Law and Exhibit accompany this Motion.

Respectfully submitted,

UEBLER LAW LLC

s/ *Julie A. Uebler*
Julie A. Uebler, Esquire
Attorney ID No. 71297
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Tel. No.: (484) 875-3186
Email: uebler@ueblerlaw.com

*Attorney for Plaintiff,
Cathrine Veikos*

Case 2:20-cv-04408-JDW    Document 133    Filed 07/19/23    Page 2 of 2

## CERTIFICATE OF SERVICE

I, Julie A. Uebler, hereby certify that true and correct copies of Plaintiff's Motion For Reconsideration Or, In The Alternative, Certification For Interlocutory Appeal, Memorandum of Law, Exhibit and proposed form of Order, were served via the court's ECF system on July 19, 2023, and served upon counsel of record below:

Michael L. Banks, Esquire
A. Klair Fitzpatrick, Esquire
Max O. Bernstein, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
michael.banks@morganlewis.com
klair.fitzpatrick@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant*

s/Julie A. Uebler
Julie A. Uebler