IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant.* | Case No. 2:20-cv-04408-JDW |

### ORDER

**AND NOW**, this 9th day of August, 2023, upon review of the Parties' submissions concerning the scope of any new trial, and for the reasons stated in the accompanying Memorandum, my prior Order (ECF No. 131) is **CLARIFIED** to make clear that a new trial would encompass all issues from the first trial.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.