## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CATHRINE VEIKOS,**

      *Plaintiff,*

    **v.**

**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**

      *Defendant.*

**Case No. 2:20-cv-04408-JDW**

### ORDER

**AND NOW**, this 24th day of August, 2023, it is **ORDERED** that, on or before September 8, 2023, Ms. Veikos shall respond to Penn's Motion For Reconsideration (ECF No. 139).

It is **FURTHER ORDERED** that the deadline for Ms. Veikos to decide whether to accept the remitted damages award in this case is extended until 14 days after my decision on Penn's Motion.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.