IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CATHRINE VEIKOS,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,**<br><br>*Defendant.* | **Case No. 2:20-cv-04408-JDW** |

## ORDER

**AND NOW**, this 12th day of September, 2023, upon consideration of Defendant Trustees of the University of Pennsylvania's Motion for Reconsideration (ECF No. 139), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Penn's Motion is **DENIED**.

It is **FURTHER ORDERED** that the deadline for Ms. Veikos to decide whether to accept the remitted damages award in this case is on or before September 26, 2023.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.