IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHRINE VEIKOS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4408-JDW |
| | : |
| TRUSTEES OF THE UNIVERSITY | : |
| OF PENNSYLVANIA, | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

PLAINTIFF'S NOTICE REGARDING REMITTED DAMAGES AWARD

Pursuant to the Court's Order dated September 12, 2023 (ECF No. 144), Plaintiff submits this Notice to confirm that she does not accept the remitted damages award, and instead respectfully requests that the Court issue an order directing that a new trial will be held pursuant to the Court's Order dated August 9, 2023 (ECF No. 138).

Respectfully submitted,

UEBLER LAW LLC

s/ *Julie A. Uebler*
Julie A. Uebler, Esquire
Attorney ID No. 71297
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Tel. No.: (484) 875-3186
Email: uebler@ueblerlaw.com

*Attorney for Plaintiff,*
*Cathrine Veikos*

<u>CERTIFICATE OF SERVICE</u>

I, Julie A. Uebler, hereby certify that a true and correct copy of Plaintiff's Notice Regarding Remitted Damages Award was filed with the court's ECF system on September 26, 2023, and served upon counsel of record below:

Michael L. Banks, Esquire
A. Klair Fitzpatrick, Esquire
Max O. Bernstein, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
michael.banks@morganlewis.com
klair.fitzpatrick@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant*

<u>*s/Julie A. Uebler*</u>
Julie A. Uebler