IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHRINE VEIKOS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4408-JDW |
| | : |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : |
| | : JURY TRIAL DEMANDED |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement of the matter, to the Dismissal With Prejudice of this action, including all claims stated therein, with each party to bear their own attorneys' fees and costs.

Date: September 27, 2023

| | |
|---|---|
| */s/ Julie A. Uebler* | */s/ Michael L. Banks* |
| Julie A. Uebler, Esquire | Michael L. Banks, Esquire |
| UEBLER LAW LLC | A. Klair Fitzpatrick, Esquire |
| 101 Lindenwood Drive, Suite 225 | Max O. Bernstein, Esquire |
| Malvern, PA 19355 | MORGAN, LEWIS & BOCKIUS LLP |
| Telephone: (484) 875-3186 | 1701 Market Street |
| uebler@ueblerlaw.com | Philadelphia, PA 19103 |
| *Attorney for Plaintiff* | Telephone: (215) 963-5000 |
| | michael.banks@morganlewis.com |
| | klair.fitzpatrick@morganlewis.com |
| | max.bernstein@morganlewis.com |
| | *Attorneys for Defendants* |

So ordered this ___ day of September, 2023.

_____
Joshua D. Wolson, J.

## CERTIFICATE OF SERVICE

I, Julie A. Uebler, hereby certify that a true and correct copy of the parties' Stipulation of Dismissal with Prejudice was filed with the court's ECF system on September 27, 2023 and available to all counsel of record below:

Michael L. Banks, Esquire
A. Klair Fitzpatrick, Esquire
Max O. Bernstein, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
michael.banks@morganlewis.com
klair.fitzpatrick@morganlewis.com
max.bernstein@morganlewis.com

*Attorneys for Defendant*

<u>s/Julie A. Uebler</u>
Julie A. Uebler