# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1992

Cathrine Veikos v. Trustees of the University of Pennsylvania

(U.S. District Court No.: 2-20-cv-04408)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 27, 2023
LMR/cc: Michael L. Banks, Esq.
A. Klair Fitzpatrick, Esq.
Julie A. Uebler, Esq.
Mr. George V. Wylesol,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate